# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE H. HERRA,<br><br>              Plaintiff(s),<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC, Western Progressive, LLC and DOES 1-10 INCLUSIVE,<br><br>              Defendant. | Case No. CV15-699-MMM-PJWx<br><br>*Hon. Margaret M. Morrow*<br><br>[~~PROPOSED~~] **JUDGMENT OF DISMISSAL**<br><br>[F.R.Civ.P. 58]<br><br><br>Complaint filed: January 30, 2015<br>Trial:                 May 3, 2016 |

1109225

**[PROPOSED] JUDGMENT OF DISMISSAL**

# JUDGMENT OF DISMISSAL

The Court, having granted Defendant Ocwen Loan Servicing, LLC's ("Ocwen") unopposed motion to dismiss the complaint of Plaintiff Jose Herra ("Plaintiff") with twenty days leave to amend (DOC #17), and, thereafter, having dismissed the complaint due to Plaintiff's failure to file an amended complaint (DOC #21), and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Plaintiff's complaint is dismissed in its entirety;

2. Plaintiff's federal law claims (for violation of the Truth in Lending Act, 15 U.S.C. § 1601 *et seq.*; violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*; and violation of the Real Estate Settlement Procedures Act, 12 U.S.C. § 2601 et seq.) are dismissed with prejudice;

3. Plaintiff's state law claims are dismissed without prejudice;

4. The Court enters a JUDGMENT OF DISMISSAL in favor of Ocwen and against Plaintiff;

5. Plaintiff shall recover nothing from Ocwen; and

6. Ocwen and Plaintiff shall each bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: September 1, 2015

_____
Honorable Margaret M. Morrow
United States District Court Judge

1109225

1

**[PROPOSED] JUDGMENT OF DISMISSAL**